IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiffs,<br><br>vs.<br><br>JOSE PRECIADO, ALBERTO HINEGES JR.,<br><br>               Defendants. | 4:15CR3026<br><br>ORDER |

Defendant Hinegas has moved to continue the pretrial motion deadline, (filing no. 65), because the defendant has recently received additional discovery from the government and needs to review that discovery before deciding if pretrial motions should be filed. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

    IT IS ORDERED:

1)     Defendant Hinegas' motion to continue, (filing no. 65), is granted.

2)     As to **both** defendants, pretrial motions and briefs shall be filed on or before September 17, 2015.

3)     Based upon the showing set forth in the defendant Hinegas' motion, and the representations of counsel, the Court further finds that the ends of justice served by granting the motion to continue outweigh the interests of the public and the defendants in a speedy trial, and as to **both** defendants, the additional time arising as a result of the granting of the motion, the time between today's date and July 17, 2015, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because despite counsel's due diligence, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

July 16, 2015.

                                                              BY THE COURT:

                                                              *s/ Cheryl R. Zwart*
                                                              United States Magistrate Judge