IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>JOSE PRECIADO,<br><br>                    Defendants. | **4:15CR3026**<br><br><br>**ORDER** |

IT IS ORDERED:

1)      Defendant's motion to continue, (filing no. 75), is granted.

2)      The evidentiary hearing on defendant Preciado's motion to suppress, (filing no. 68), will be held before the undersigned magistrate judge on November 24, 2015 at 2:00 p.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska.  Two hours have been set aside for this hearing.

3)      Defendant Preciado's amended or supplemental motion to suppress shall be filed on or before November 10, 2015.  The government's responsive brief shall be filed on or before November 17, 2015.

November 3, 2015.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge